**PARKER IBRAHIM & BERG LLP**
JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
DAVID M. LIU (CA Bar No. 216311)
david.liu@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendant
M&T BANK (erroneously sued as "M&T Bank Corporation")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| OMAR ZAVALA,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br>EQUIFAX INFORMATION<br>SERVICES, LLC, AND<br>M&T BANK CORPORATION,<br><br>    Defendants. | CASE NO.: 2:20-cv-02276-TLN-DB<br><br>**ORDER GRANTING STIPULATION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR JUDGMENT ON PLEADINGS AND TO CONTINUE ALL PRE-TRIAL DATES**<br><br>ACTION FILED: November 13, 2020 |

///

///

///

1
**ORDER GRANTING STIPULATION TO STAY DISCOVERY AND CONTINUE PRE-TRIAL DATES**

The Court, having reviewed the joint stipulation between plaintiff Omar Zavala ("Plaintiff"), defendant M&T Bank (erroneously sued as "M&T Bank Corporation") ("M&T Bank"), defendant Trans Union, LLC ("Trans Union") and defendant Equifax Information Services, LLC ("Equifax") (Plaintiff, M&T Bank, Trans Union and Equifax are collectively, the "Parties") to stay discovery and continue all pre-trial dates pending resolution of the joint motion of M&T Bank, Trans Union and Equifax (collectively the "Defendants") for judgment on the pleadings ("MJOP"), by and through their undersigned counsel ("Stipulation to Stay Discovery") and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED THAT** the Parties' Stipulation to Stay Discovery is granted in its entirety:

1. All pending discovery responses will be due 14 days after the Court issues its order on the MJOP; and

2. The following pre-trial deadlines will be continued as follows:
    1) Deadline to file dispositive motions: 3/8/2022;
    2) Deadline to serve supplemental disclosures: 2/4/2022;
    3) Deadline to file notice of trial readiness (if no dispositive motions): 1/7/2022;
    4) Deadline to serve supplemental expert disclosures: 12/8/2021;
    5) Deadline to serve expert disclosures: 11/8/2021; and
    6) Non-expert discovery cut off: 9/9/2021.

**IT IS SO ORDERED.**

DATED: May 24, 2021

_____
Troy L. Nunley
United States District Judge