Katherine E. Carlton Robinson, Esq. (IN #31694-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| OMAR ZAVALA | CASE NO.: 2:20-cv-02276-TLN-DB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO VACATE ALL PRE-TRIAL DATES PENDING RESOLUTION OF MOTION FOR JUDGMENT ON PLEADINGS** |
| v. | |
| TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, AND M&T BANK CORPORATION, | |
| Defendants. | ACTION FILED: November 13, 2020 |

The Court, having reviewed the joint stipulation between plaintiff Omar Zavala ("Plaintiff"), defendant M&T Bank (erroneously sued as "M&T Bank Corporation") ("M&T Bank"), defendant Trans Union, LLC ("Trans Union") and defendant Equifax Information Services, LLC ("Equifax") (Plaintiff, M&T Bank, Trans Union and Equifax are collectively, the "Parties") to vacate all pre-trial dates pending resolution of the joint motion of M&T Bank, Trans Union and Equifax (collectively the "Defendants") for judgment on the pleadings ("MJOP"), by and through their undersigned counsel ("Stipulation to Vacate Deadlines") and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED THAT** the Parties' Stipulation to Vacate Deadlines is granted in its entirety:

Given that discovery is currently stayed, all pre-trial deadlines are vacated, to be reset after the Court issues its order on the MJOP.

**IT IS SO ORDERED.**

DATED: July 14, 2021

_____
Troy L. Nunley
United States District Judge

**ORDER GRANTING STIPULATION TO VACATE PRE-TRIAL DATES**